UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
JOSE CARBAJAL,                  )   No. CV 09-7408-RGK (CW)
                                )
          Petitioner,           )   JUDGMENT
                                )
     v.                         )
                                )
CONNIE GIPSON, Warden,          )
                                )
          Respondent.           )
_____)
```

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: August 28, 2012

_____
R. GARY KLAUSNER
United States District Judge