1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10
11
JOSE CARBAJAL,                    )       No. CV 09-7408-RGK (CW)
12                                )
                Petitioner,       )       JUDGMENT
13                                )
          v.                      )
14                                )
CONNIE GIPSON, Warden,            )
15                                )
                Respondent.       )
16  _____)

17

18        **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19  denied and the action dismissed with prejudice.

20

21  DATED: August 28, 2012

22                                        _____
                                               R. GARY KLAUSNER
23                                        United States District Judge

24
25
26
27
28